**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PATRICIA RAAD, et al.,

                Plaintiffs,           20-cv-11101 (AJN) (OTW)

      -against-                    **ORDER**

BANK AUDI S.A.L.,

                Defendant.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **March 3, 2021** **11:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: February 18, 2021                              **Ona T. Wang**
       New York, New York                    United States Magistrate Judge