**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PATRICIA RAAD, et al.,

               Plaintiffs,           20-cv-11101 (AJN) (OTW)

       -against-                         **ORDER**

BANK AUDI S.A.L.,

               Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the directions given at the March 3, 2021 status conference:

- Plaintiffs' deadline to respond to the Bank's Opposition to the Attachment Motion as amended and to the Motion to Dismiss shall be **March 12, 2021**.

- The Bank's deadline to reply to Plaintiffs' Opposition to the Motion to dismiss shall be **March 26, 2021**.

- Plaintiff's requests for further jurisdictional discovery are **DENIED**.

- Parties shall file a joint status letter by **April 9, 2021**.

The Clerk of Court is respectfully directed to close ECF 18 and 24.

**SO ORDERED.**

                                                                      _s/ Ona T. Wang_

Dated: March 4, 2021                                **Ona T. Wang**
       New York, New York                United States Magistrate Judge