UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Raad, *et al.*,

                     Plaintiffs,                   20 **CIVIL** 11101 (AJN)

      -against-                        **JUDGMENT**

Bank Audi S.A.L.,

                     Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2021, the Court concludes that the forum-selection clause is mandatory, valid, and enforceable. Bank Audi's motion is GRANTED, and this case is dismissed for *forum non conveniens*. This resolves Docket Numbers 13 and 25. Also before the Court is Bank Audi's motion to strike Plaintiffs' evidence provided in opposition to the Motion to Dismiss and in further support of Plaintiffs' Motion for an Order of Attachment. Dkt. No. 43. Because the Court grants the motion to dismiss, the motion to strike is DENIED as moot.

**Dated:**  New York, New York
          September 30, 2021

                                                                     **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                              **BY:**
                                                                     **Deputy Clerk**