UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023
```

PATRICIA RAAD, STEPHANIE RAAD, and DAVID RAAD,

                Plaintiffs,

-against-

BANK AUDI S.A.L.,

                Defendant.

1:20-cv-11101 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Parties shall file a joint letter regarding their proposed next steps in this case by March 1, 2023.

**SO ORDERED.**

**Date: February 21, 2023**
**New York, NY**

                _____
                **MARY KAY VYSKOCIL**
                **United States District Judge**