**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PATRICIA RAAD, STEPHANIE RAAD, and
DAVID RAAD,

                Plaintiffs,
    -against-                                     20 **CIVIL** 11101 (MKV)

**JUDGMENT**

BANK AUDI S.A.L.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2024, the Defendant's motion to dismiss Plaintiffs' Amended Complaint for lack of personal jurisdiction is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 6, 2024

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                   **BY:**

                                                        **Deputy Clerk**